UNITED STATE DISTRICT
The District of COLUMBIA
COMPLAINT

Claim #1

Darnell Emerson Washington, JR
Colorado State Prison
Canon City Colorado 81215-0777
#158387

Case: 1:16-cv-02126
Assigned To : Unassigned
Assign. Date : 10/25/2016
Description: Pro Se Gen. Civil (F Deck)

Marc Rotenberg -
The Electronic privacy Information Center
1718 Connecticut Ave N.W
Suite 200
Washington, DC 20009

(COMPLAINT)

To who this may concer marc Rotenberg Is the EPIC president and Executive Director, Aliso called Verichip, That Incorporated with positiveID corporation, That Market and Sell The verichip. This verichip is outragely Dangers. This tort is for product lability, Inffiction of Emontional And Distress Becuse of the Exparment program people or goin out. And Just Involuntary chipping people, And Both party's Benfit. marc, Rotenberg and has unEthical Business practies cause, Me to Lose my freedom. I Just want my Liberty back.

Darnell Emerson Washington JR

/