UNITED STATES District Claim #3
for The District of COLUMBIA

(Complaint)

Darnell Emerson Washington JR
Colorado State prison
Canon City CO 81215
#158387

POSitiveID corporation HeadQuarters
1690 South Congress Avenue
Suite 201
Delray Beach, Florida 33445

(Complaint)

POSitiveID Corporation. Is market and sell this outrage's Danger's product called verichip There Experment program, That's Voulatry, is maken people to go out an Involutary microchip people, with out There Knowedge, And Brainwash them to commite Hate crime and other type's of Volance Acts, This TORT is for product liability, Inffcition of Emontinal and distress, liability. I Lost my Liberty for all most 10 year's now, Becuse of this verichip

9-22-16

Darnell Emerson Washington JR

United State District Court
for the ~~District~~
District of Columbia
(Complaint)

Request for Relife

Claim #1 Marc, RoTenberg/The Electronic privacy Information
I seekin 100K in U-S-D for compentional Damage's
And I Billion in puntive Damage's.

Claim #2 Jason Standzek
I seek 10K U-S-D for compentional Damages
5 million puntive Damage's. And Criminal
Charges press aginst Jason Standzek

Claim #3
PositiveID corporation
I seek 100K U-S-D for compentional Damages
1 Billion in puntive Damag in U-S-D

9-22-16

Darnell Washington S, JR
Colorado state prison
Canon City Colorado 81215-0717



# State of Colorado
# Office of the Alternate Defense Counsel

**Lindy Frolich, Director**                                         www.coloradoadc.org

---

Denver Office                                                        Western Slope Office
1300 Broadway, #330                                                  446 Main Street
Denver, Colorado 80203                                               Grand Junction, CO 81501
Phone: (303) 515-6920                                                Phone: (970) 261-4244


May 11, 2016

Darnell Washington, DOC #158387
C/O B-7-1-11
PO Box 777
Cañon City, CO 81215

Mr. Washington:

OADC attorneys only handle criminal cases in matters where the defendant qualifies for the Public Defender, but the PDs have determined that there is an ethical conflict of interest and a judge has appointed OADC to a case. We do not provide a list of pro bono attorneys, nor do we provide attorneys for civil cases.

You may want to contact the Colorado Bar Association (1900 Grant St # 900, Denver, CO 80203) as they may either be able to provide you with a list of attorneys or know where to direct you for that type of information.

Sincerely,

Roberta Nieslanik,
Deputy Director, ADC
Attorney Reg. No.: 14241

RN/si

**ACLU**
AMERICAN CIVIL LIBERTIES UNION of COLORADO
FOUNDATION

Nathan Woodliff-Stanley, Executive Director
Mark Silverstein, Legal Director

July 1, 2016

Darnell Washington, Inmate #158387
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215
Intake Reference Number: 16-00667

Dear Mr. Washington,

Thank you for contacting the American Civil Liberties Union of Colorado. We appreciate your letter and your patience with our response. Your request for legal assistance has been closely reviewed by the ACLU of Colorado Legal Department. After review, the ACLU has determined that we will be unable to assist you.

The ACLU receives thousands of requests for legal assistance every year. Our limited resources, however, only permit us to provide legal assistance with a very small number of the cases. Therefore, we are in the unfortunate position of being able to assist with only a select number of potential cases among the thousands presented to us each year. In addition, the ACLU also does not provide legal assistance for certain types of cases.

Our inability to assist you at this time does not reflect on the merits of your case, and you may wish to contact a private attorney. The ACLU does not provide referrals to private attorneys, however, nor do we give legal advice. Other organizations which offer legal assistance are listed on the enclosed sheet. In the meantime, please be advised that the law imposes different deadlines which must be met and in order to preserve your legal rights as an inmate <u>you must be sure to exhaust all administrative remedies</u>. The Prisoners Litigation Reform Act, passed by Congress in 1996, prohibits prisoners from challenging their conditions in court unless the prisoners have exhausted "all available administrative remedies." A Colorado statute contains a similar requirement. C.R.S. § 13-17.5-102.3. You should refer to the jail handbook or department of corrections administrative regulations to determine the procedure for the grievance process in your jail or detention facility. The failure to meet those deadlines might prejudice your legal rights.

Although the ACLU can only provide legal assistance in a very small number of cases, we rely upon those who care about civil rights in Colorado and take the time to write us regarding their experiences. Even though we cannot help or intervene with legal assistance in a majority of cases, the letters we receive often alert us to civil rights concerns or patterns that we may address at a later time, or that we may attempt to solve through advocacy or legislation. Thank you for supporting and participating in the ACLU's mission to defend, protect and extend the civil rights and civil liberties of all people in Colorado. We could not fulfill this mission without your continued support. Please do not hesitate to contact us in the future if you have a new situation you would like the ACLU to review. Please be advised that we cannot respond to repeat requests for legal assistance regarding the same issue.

Very truly yours,
ACLU Intake Department


RECEIVED
Mail Room
SEP 30 2016



**Clinical Programs**
Robert & Laura Hill Clinical Suite
Wolf Law Building 404 UCB
Boulder, CO 80309-0404
t 303 492 8126
f 303 492 4587

April 27, 2016

Darnell Emerson Washington, Jr.
Colorado State Prison, #158387
PO Box 777
Canon City, CO. 81215

      Re:    Your Letter

Dear Mr. Washington:

Our clinic received your letter requesting legal assistance. Unfortunately, the Clinical Programs at the University of Colorado Law School do not handle cases of this sort.

It is possible that the Colorado Bar Association may know of appropriate legal resources available to you. You may contact them at 303-860-1115 or search for legal resources www.cobar.org.

We wish you the best of luck, and sorry we could not be of assistance.

Sincerely,

Carrie Armknecht
Manager, Clinical Education Program



**ACLU**
AMERICAN CIVIL LIBERTIES UNION of COLORADO
FOUNDATION

Nathan Woodliff-Stanley, Executive Director
Mark Silverstein, Legal Director

September 25, 2015

Darnell Washington, Inmate #158387
Limon Correctional Facility
49030 St. Hwy 71 South
Limon, CO 80826
Intake Reference Number: 15-01033

Dear Mr. Washington,

Thank you for contacting the American Civil Liberties Union of Colorado. We appreciate your letter and your patience with our response. Your request for legal assistance has been closely reviewed by the ACLU of Colorado Legal Department. After review, the ACLU has determined that we will be unable to assist you.

The ACLU receives thousands of requests for legal assistance every year. Our limited resources, however, only permit us to provide legal assistance with a very small number of the cases. Therefore, we are in the unfortunate position of being able to assist with only a select number of potential cases among the thousands presented to us each year. In addition, the ACLU also does not provide legal assistance for certain types of cases.

Our inability to assist you at this time does not reflect on the merits of your case, and you may wish to contact a private attorney. The ACLU does not provide referrals to private attorneys, however, nor do we give legal advice. Other organizations which offer legal assistance are listed on the enclosed sheet. In the meantime, please be advised that the law imposes different deadlines which must be met and in order to preserve your legal rights as an inmate <u>you must be sure to exhaust all administrative remedies</u>. The Prisoners Litigation Reform Act, passed by Congress in 1996, prohibits prisoners from challenging their conditions in court unless the prisoners have exhausted "all available administrative remedies." A Colorado statute contains a similar requirement. C.R.S. § 13-17.5-102.3. You should refer to the jail handbook or department of corrections administrative regulations to determine the procedure for the grievance process in your jail or detention facility. The failure to meet those deadlines might prejudice your legal rights.

Although the ACLU can only provide legal assistance in a very small number of cases, we rely upon those who care about civil rights in Colorado and take the time to write us regarding their experiences. Even though we cannot help or intervene with legal assistance in a majority of cases, the letters we receive often alert us to civil rights concerns or patterns that we may address at a later time, or that we may attempt to solve through advocacy or legislation. Thank you for supporting and participating in the ACLU's mission to defend, protect and extend the civil rights and civil liberties of all people in Colorado. We could not fulfill this mission without your continued support. Please do not hesitate to contact us in the future if you have a new situation you would like the ACLU to review. Please be advised that we cannot respond to repeat requests for legal assistance regarding the same issue.

Very truly yours,
ACLU Intake Department

RECEIVED
Mail Room

SEP ~ ~ 2016



# *INNOCENCE AND JUSTICE PROJECT*

University of New Mexico School of Law

April 27, 2016

Mr. Darnell E. Washington, Jr.
#158387
P.O. Box 777
Canon City, CO  81215

Dear Mr. Washington:

Your letter to the University of New Mexico School of Law was forwarded to me at the New Mexico Innocence and Justice Project, which is a part of the law school.  I am afraid the Project nor the law school can be of assistance to you.  We have very limited resources and our focus is upon New Mexico cases.

I wish you the best of luck.

                              Sincerely,

                              Gordon Rahn
                              Research Professor and Director
                              New Mexico Innocence and Justice Project



1117 Stanford N.E., MSCII 6070, Room 2540, Albuquerque, NM  87131-0001



STURM COLLEGE OF LAW
Clinical Programs

## LEGAL MAIL—PRIVILEGED AND CONFIDENTIAL
## OPEN ONLY IN PRESENCE OF PRISONER

June 15, 2016

Darnell Washington, #158387
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215

Dear Mr. Washington:

I hope this letter finds you well. I am writing in regard to your letter addressed to the University of Denver Sturm College of Law, which the law school's Civil Rights Clinic received on April 27, 2016. I apologize for the delay in responding; the end of the school year is a very busy time for the professors and students who work in the Civil Rights Clinic.

In your letter, you write that the Electronic Privacy Information Center implanted a microchip in you without your permission. You believe that a contractor for the Electronic Privacy Information Center, Jason Standzel, is in charge of the micro-chip program and that Jason Standzel admitted to you that he receives payment that you should receive for participating in the microchip program. You explain that Jason Standzel's actions have violated your constitutional rights under the Fourth and Fourteenth Amendments. Finally, you have provided a case number for the litigation that you have initiated against Jason Standzel and Marc Rosenberg.

I am not sure from your letter what, if any actions, you are requesting from the University of Denver Sturm College of Law. If you are requesting legal assistance, I regret to inform you that the Civil Rights Clinic cannot represent you. The Civil Rights Clinic can assist only a few individuals at a time because we have a very limited budget and small number of resources, and unfortunately we are not currently taking on new clients.

We wish you the best in your pursuit of justice.


Kind regards,

*Emily M Miller*
Emily Miller
Student Attorney

App: NG

RECEIVED
Mail Room

SEP 2 0 2016

Ricketson Law Building, 335 | 2255 E. Evans Ave. | Denver, CO 80208 | Main: 303.871.6140 | Fax: 303.871.6083 | www.law.du.edu/clinics

# KILLMER, LANE & NEWMAN, LLP  ATTORNEYS AT LAW

1543 CHAMPA ST. • SUITE 400 • THE ODD FELLOWS HALL • DENVER, CO 80202
303.571.1000 • FAX: 303.571.1001 • www.kln-law.com

Darold W. Killmer
David A. Lane**⁺
Mari Newman*
Michael Fairhurst
Amy Kapoor**^
Julian G.G. Wolfson·
Casey Rose Denson**^
Andrew McNulty^

September 21, 2015

Darnell Washington
Register No. 158387
Unit 2-B-2-10
49030 Highway 71 South
Limon, CO 80826

RE: *Your legal situation*

Dear Darnell

Thank you for your interest in our law firm. I regret to inform you that I am unable to represent you at this time. Unfortunately, my caseload is quite large and I am not taking on any new cases.

In declining this possible case, I express no legal opinion on this matter. Our decision not to represent you expresses no opinion one way or the other on the merits or validity of your legal position. Please be advised that we are not your lawyers and have not provided any legal services on your behalf. I suggest you consult with other counsel regarding this matter as soon as possible.

Good luck in your efforts to find counsel. Thank you for your interest in retaining KILLMER, LANE & NEWMAN, LLP.

Very truly yours,

David A. Lane
DAL/ck

* Also admitted to practice in California
⁺ Also admitted to practice in New York
• Lic. in New York only
^ Lic. in Missouri only
▲ Colorado practice pending admission uner C.R.C.P. 205.96