UNITED STATES District
for the District of Columbia

(Complaint)

Darnell Emerson Washington JR
Colorado State prison
Canon City Colorado 81215-0777

✓

Jason Standzek
10741 Sherman Way #3
Sun Valley CA 91352
# 818-535-3553

(Complaint)

To who this may cancor. Jason Standzek without my acknowledge Microchip me with a verichip. Jason Standzek Sign a contRAC with the U.S goverment, To become my Benfice to hlep me with my disability, On S-S-I, He Druge me. and Implanted The verichip In my Arm. That Was in 2006, 2007 The chip was cut on. for allmost 10 year I lost my Liberty, He use this ask, A Tool To Assault and Batter me, everday, All I hear is my family and friend screams for help. He had Brainwash me for year. To belive It was the goverment doin this to me. I go to sleep with massive Headaces and wake up with The Headace 10x wrost, And the Electronic Shock waves casuse massive pain All Thew my Bodly. Verichip is found too cause Cancer. It has (Electrical Hazards)(MRI Incompatibility)(Adverse Tissue reaction)and (migration of the Implanted Transponder)are Just a few of The potential Risk Associated with the Verichip Implant.



9-22-16

Darnell Emerson Washington
# 158387

All a Verichip actually does is broadcast a (16-Digit ID) Number when exposed to (certain Radio Waves.) That Number is used to look up a person's Information (usually medical) on a datebase It can also be used as a (high tech Key) and (communication Device) multiple Lawsuit are currently in court against The company But most a for false Advertising Fraud or Becuse Their product doest work as Advertised Jason Standzek. ~~[scribbled out]~~

KNOW I could not Read or spell.
This tort is for Intentional Effiction of Emotiona and Distress and Assutly and Batter.

Darnell Emerson Washington
#158387